COMMONWEALTH of Pennsylvania,
Respondent

v.

Gregory PRICE, Petitioner

No. 528 EAL 2016

Supreme Court of Pennsylvania.

April 13, 2017

## ORDER

PER CURIAM

AND NOW, this 13th day of April, 2017, the Petition for Allowance of Appeal is **DENIED.**

COMMONWEALTH of Pennsylvania,
Respondent

v.

Kevin GREEN, Petitioner

No. 478 EAL 2016

Supreme Court of Pennsylvania.

April 18, 2017

## ORDER

PER CURIAM

AND NOW, this 18th day of April, 2017, the Petition for Allowance of Appeal is **DENIED.**

Valerya WILLIAMS, Petitioner

v.

DEPARTMENT OF HUMAN
SERVICES, Respondent

No. 475 EAL 2016

Supreme Court of Pennsylvania.

April 18, 2017

## ORDER

PER CURIAM

AND NOW, this 18th day of April, 2017, the Petition for Allowance of Appeal is **DENIED.**

Valerya WILLIAMS, Petitioner

v.

DEPARTMENT OF HUMAN
SERVICES, Respondent

No. 468 EAL 2016

Supreme Court of Pennsylvania.

April 18, 2017

## ORDER

PER CURIAM

AND NOW, this 18th day of April, 2017, the Petition for Allowance of Appeal is **DENIED.**

COMMONWEALTH of Pennsylvania, Respondent

v.

Dale FOSTER, Petitioner

No. 550 EAL 2016

Supreme Court of Pennsylvania.

April 18, 2017

## ORDER

PER CURIAM

AND NOW, this 18th day of April, 2017, the Petition for Allowance of Appeal is **DENIED.**

Uliser GALDAMEZ, in His Own Right and as Administrator of the Estate of Olga Galdamez, Dec., and Jaylin Steffany Galdamez, Dec.

v.

U-HAUL CO. OF PENNSYLVANIA, U-Haul International, Inc. Americo, Jovan Martin, Miguel Rivera, Erjon Meni and Eri Vending Cart, Inc. Victoria Lee, Latajah Minton and Shalanda Wilson, P/N/G Samira China (a Minor)

v.

Uliser Galamez, in His Own Right and as Administrator of the Estate of Olga Galdamez, Dec., and Jaylin Steffany Galdamez, Dec. Kimberly Juarez, a Minor, By Elida Juarez, Natural Guardian

Petition of: Miguel Rivera and Jovan Martin

No. 548 EAL 2016

Supreme Court of Pennsylvania.

April 18, 2017

## ORDER

PER CURIAM

AND NOW, this 18th day of April, 2017, the Petition for Allowance of Appeal is **DENIED.**